# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 28 E-filing
CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GABRIEL HILARIO ALCARAZ MARTINEZ,
CHRISTIAN FIDAL ARECHIGA TORRES and
RAMON ALEJANDRO HERNANDEZ GARCIA

v.

THOMAS F. WHITE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C 06 1595 SC

TO: (Name and address of defendant)

THOMAS F. WHITE
10 LOMA VISTA TERRACE
SAN FRANCISCO, CA 94114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE, APC
550 MONTGOMERY ST., STE. 550
SAN FRANCISCO, CA 94111
TEL: 415.362.4700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 28 2006

Richard W. Wieking
CLERK

L. Almacen
(BY) DEPUTY CLERK

DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>MARCH 11, 2006 |
| Name of SERVER<br>DAVID REPLOGLE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Aduana de Personas
Centro Integral de Justicia Costa Norte
Ixtapa, Jalisco, Mexico

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 15, 2006
           *Date*

*Signature of Server*
550 Montgomery St., Ste. 550
San Francisco, CA 94111
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure