1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA 94104
3  Facsimile: (415) 397-0862
   Telephone: (4l5) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, et al, | No. C-06-01595 CRB |
| Plaintiffs, | **DECLARATION OF JOSE MARIE ORTEGA ORTIZ IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| THOMAS F. WHITE, | DATE: June 2, 2006 |
| | TIME: 10:00 a.m. |
| Defendant. | CTRM: 8, 19th Floor |
| | Hon. Charles R. Breyer |

I, Jose Maria Ortega Ortiz, declare under penalty of perjury under the laws of the United States and Mexico that the following is true and correct of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the Mexican Republic and a partner in the firm Ortega Abogados Asociados, S.C. in Mexico City, Mexico.

2. My law firm and I represent Thomas F. White in connection with various criminal legal proceedings in Puerto Vallarta, Jalisco, Mexico, and I am very familiar with the Mexican Jail named Centro Integral de Justicia Costa Norte, which is located in Ixtapa, Jalisco, Mexico.

3. No person named Aduana de Personas works or resides at the Jail. Moreover, Aduana de Personas is the reception area of the jail and the literal translation from Spanish means "customs for persons."

1      4. I authorize the use of a faxed version of the original of this declaration to be used
2 in place of the original.
3      5. I read and speak English fluently and have read and understand this Declaration.
4 Executed in Ixtapa, Jalisco, Mexico, on March 27, 2006.

                                       /s/ Jose Marie Ortega Ortiz
                                       JOSE MARIE ORTEGA ORTIZ

DECLARATION OF JOSE MARIE ORTEGA ORTIZ
IN SUPPORT OF MOTION TO QUASH SERVICE
No. C-06-01595 CRB                     -2-