IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, et al., | No. C 06-01595 CRB |
| Plaintiffs, | **ORDER RE: BRIEFING** |
| v. | |
| THOMAS F WHITE, | |
| Defendant. | |

Now pending before the Court is defendant's motion to quash service of summons and complaint. The motion is noticed for hearing on June 9, 2006. Notwithstanding the Local Rules, plaintiff shall file his opposition, if any, on or before May 12, 2006. Defendant's reply, if any, shall be filed on or before May 19, 2006.

**IT IS SO ORDERED.**

Dated: April 25, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1595\orderrebriefing.wpd