DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683
E-mail: davidreplogle@aol.com

Attorneys for Plaintiffs
Gabriel Hilario Alcaraz Martinez,
Christian Fidal Arechiga Torres and
Ramon Alejandro Hernandez Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, CHRISTIAN FIDAL ARECHIGA TORRES and RAMON ALEJANDRO HERNANDEZ GARCIA,<br><br>            Plaintiffs,<br><br>     vs.<br><br>THOMAS F. WHITE,<br><br>            Defendant. | Case No.  C-06-1595-CRB |

**SUPPLEMENTAL CERTIFICATE**

**OF SERVICE OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause;  my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

2.  On April 7, 2006, I caused a copy of the Summons, Complaint and Order Setting Initial Case Management Conference and ADR Deadlines on

-1-

1  Defendant Thomas F. White pursuant to Rule 4(f) of the Federal Rules of Civil
2  Procedure by placing a true copy thereof enclosed in a sealed envelope with
3  delivery fees thereon fully prepaid with DHL Express requiring a signed receipt
4  addressed as follows:

> THOMAS F. WHITE, PRISIONERO
> CINJURE
> Centro Integral de Justicia Costa Norte
> Km. 6.5 Ixtapa carretera a las Palmas
> 48280 MEXICO

8     3.    Defendant Thomas F. White is currently incarcerated at the
9  above state prison in the State of Jalsico, Mexico.
10     4.    According to the DHL tracking information, the package was
11  delivered in accordance with the above instructions on April 12, 2006.
12     I declare under penalty of perjury under the laws of the United
13  States of America that the foregoing information contained in this
14  Supplemental Certificate of Service of Summons and Complaint is true and
15  correct.
16     Executed on April 28, 2006 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On April 28, 2006 I served the following:

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

Geoffrey Rotwein             Attorneys for Defendant
400 Montgomery St., Ste. 200   Thomas F. White
San Francisco, CA 94104
E-mail: geoffrottwein@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 28, 2006 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE