DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683
E-mail: davidreplogle@aol.com

Attorneys for Plaintiffs
Gabriel Hilario Alcaraz Martinez,
Christian Fidal Arechiga Torres and
Ramon Alejandro Hernandez Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GABRIEL HILARIO ALCARAZ ) Case No. C-06-1595-CRB
MARTINEZ, CHRISTIAN FIDAL )
ARECHIGA TORRES and RAMON )
ALEJANDRO HERNANDEZ GARCIA, )
                                                              )
        Plaintiffs,                                )
                                                              ) DECLARATION OF DAVID
    vs.                                                  ) REPLOGLE IN OPPOSITION
                                                              ) TO MOTION TO QUASH SERVICE
THOMAS F. WHITE,                       ) OF SUMMONS AND COMPLAINT
                                                              )
        Defendant.                               )
_____)

I, David Replogle, declare and state:

1. I am an attorney licensed to practice before all courts of the State of California, a member of the bar of this Court, and the sole shareholder of the Law Offices of David Replogle, a Professional Corporation, attorneys for Plaintiffs in the above-captioned action. The following facts are known to me personally and if called as a witness I could, and would, testify competently thereto.

2. On March 11, 2006, I personally went to the state prison near Puerto Vallarta, Mexico to serve defendant Thomas F. White with a copy of the

1  summons and complaint.   The guards at the reception area do not wear
2  badges with either an identifying name or number.   I have been told that the
3  guards' anonymity is protected for their security and the security of their
4  families.

5         3.   I gave the copies of the summons and complaint to the guard
6  in charge.   When I asked for a name, they indicated that it was against policy
7  to give a name and that I should just indicated that it was given to Mr. White
8  through the "Aduana de Personas."   They assured me that they would make
9  sure Mr. White received the papers.

10        4.   As any visitor to any Spanish speaking country is aware,
11 "aduana" is the same name used for customs when being screened before entry
12 into the country.   Since Mr. Rotwein has been to Puerto Vallarta at least 2
13 times to see his client, I am sure that he did not miss the large "aduana" signs
14 at the airport.

15        5.   After Mr. White was served, Mr. Rotwein requested that I
16 transmit to him by facsimile a copy of the certificate of service.   After I sent
17 Mr. Rotwein a copy of the certificate of service, he called and asked who
18 "aduana de personas" was.   I thought he was kidding it was such an absurd
19 question.   I jokingly explained to him that "aduana" was not, in fact, Spanish
20 for "Edith."   I told him that "aduana" was the same name as that used for
21 border customs and that it was the name of the office through which all
22 persons and packages had to pass in order to gain access to a prisoner.

23        6.   After the conversation described above, Mr. Rotwein filed a
24 motion suggesting that I was asserting that "aduana" was a live person and not
25 the office through which persons and documents were required to pass.

26        7.   White has never denied that he received the summons and
27 complaint pursuant to the March 11, 2006 service.

28

DECLARATION IN OPPOSITION TO MOTION TO QUASH
MARTINEZ V. WHITE, USDC C-06-1595-CRB                                           -2-

1    8. On April 7, 2006, I caused another copy of the summons and
2 complaint to be served on White by DHL Express requiring a signed receipt as
3 authorized by Rule 4(f) of the Federal Rules of Civil Procedure. The second
4 copy was included with other legal papers served on White and not because of
5 any doubt that the first service was effective. The Supplemental Certificate of
6 Service was filed on April 28, 2006 as Docket Entry Number 14.

7    9. White has never denied that he received the summons and
8 complaint pursuant to the second service on April 7, 2006.

9    I declare under penalty of perjury under the laws of the State of
10 California and of the United States of America that the foregoing is true and
11 correct of my own personal knowledge, except as to matters set forth on
12 information and belief, and as to those matters, I believe them to be true.
13    Executed on May 12, 2006 at San Francisco, California.

*David Replogle*

DAVID REPLOGLE

DECLARATION IN OPPOSITION TO MOTION TO QUASH
MARTINEZ V. WHITE, USDC C-06-1595-CRB                                    -3-

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On May 12, 2006 I served the following:

**DECLARATION IN OPPOSITION TO MOTION TO QUASH**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Locals Rules or General Orders of this Court regarding Electronic Case Filing.   All pleadings and papers must be electronically served in accordance with those Rules or General Orders.

| | |
|---|---|
| Geoffrey Rotwein | Attorneys for Defendant |
| 400 Montgomery St., Ste. 200 | Thomas F. White |
| San Francisco, CA 94104 | |
| E-mail: geoffrotwein@sbcglobal.net | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 12, 2006 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE