1 GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
2 400 Montgomery Street, Second Floor
San Francisco, CA 94104
3 Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860
4
Attorney for Defendant
5 THOMAS F. WHITE
**APPEARING SPECIALLY**
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 GABRIEL HILARIO ALCARAZ MARTINEZ, et al, | ) No. C-06-01595 CRB )  |
| 11         Plaintiffs, | ) ***ERRATA*** **RE OPPOSITION** ) **MEMORANDUM TO PLAINTIFFS'** |
| 12 vs. | ) **MOTION TO CONTINUE HEARING** ) **ON MOTION TO QUASH SERVICE** |
| 13 THOMAS F. WHITE, | ) **OF SUMMONS AND COMPLAINT,** ) **AND SUPPORTING DECLARATION** |
| 14         Defendant. | ) ) DATE: September 15, 2006 |
| 15 | ) TIME: 10:00 a.m.    CTRM: 8, 19th Floor |
| 16 |         Hon. Charles R. Breyer |

17      The Opposition Memorandum and supporting Declaration of Geoffrey Rotwein efiled

18 September 6, 2006, Document Nos. 32 and 33, bear the wrong court number, namely for the

19 case entitled *Trujillo* v. *White*, No. 06-02322 CRB. The content of both pleadings is the same

20 for both cases, and Defendant apologizes and requests that the Court consider these pleadings

21 despite the incorrect court numbers.

22 DATED: September 7, 2006       Respectfully submitted:

23                                    /s/ Geoffrey Rotwein
                                 GEOFFREY ROTWEIN
24                                  Attorney for Defendant
                                 THOMAS F. WHITE
25                                  **SPECIALLY APPEARING**

26

27

28

**CERTIFICATE OF SERVICE**

I, GEOFFREY ROTWEIN, declare under penalty of perjury that on the below-indicated date, I served the foregoing document by causing an electronic delivery authorized under 28 U.S.C. § 1746, Local Rules and General Orders of this Court regarding Electronic Case Filing, and addressed as follows:

David Replogle, Esq.   Email: davidreplogle@aol.com
Law Offices of David Replogle
550 Montgomery Street, Suite 550
San Francisco, CA 94111

I am not a party to this action, am over 18 years of age and am the attorney for defendant Thomas F. White appearing specially herein.

Executed in San Francisco, California on September 7, 2006.

/s/ Geoffrey Rotwein
GEOFFREY ROTWEIN

*ERRATA* RE MEMORANDUM AND DECLARATION FILED
SEPTEMBER 6, 2006 OPPOSING MOTION TO CONTINUE HEARING
No. C-06-01595 CRB