DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683
E-mail: davidreplogle@aol.com

Attorneys for Plaintiffs
Gabriel Hilario Alcaraz Martinez,
Christian Fidal Arechiga Torres and
Ramon Alejandro Hernandez Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, CHRISTIAN FIDAL ARECHIGA TORRES and RAMON ALEJANDRO HERNANDEZ GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS F. WHITE, <br><br> Defendant. | Case No.  C-06-1595-CRB <br><br><br><br><br> Date:   September 29, 2006 <br> Time: 10:00 a.m. <br> Courtroom:   8, 19th Floor |

**DECLARATION OF DAVID REPLOGLE**

**IN OPPOSITION TO MOTION TO QUASH**

**SERVICE OF SUMMONS AND COMPLAINT**

I, David Replogle, declare and state:

1.   I am an attorney licensed to practice before all courts of the State of California, a member of the bar of this court and the sole shareholder of the Law Offices of David Replogle, a Professional Corporation, attorneys for plaintiffs in the within action.   The following facts are known to me personally

1  and if called as a witness I could, and would, testify competently thereto.

2      2.   I was present on July 24, 2006 when the court's docket clerk caused to be dispatched to the defendant a copy of the summons and complaint in this matter addressed as follows:

> Thomas F. White
> Centro Integral de Justicia Costa Norte
> Km. 6.5 Ixtapa Carretera a Las Palmas
> Ixtapa, Jalisco
> MEXICO 48280.

3.   A copy of the proof of service filed herein on July 24, 2006 is attached hereto, marked Exhibit "A" and incorporated herein.

4.   The summons and complaint were dispatched by the clerk registered mail, requiring a signed receipt, addressed to defendant as set forth in paragraph 2 above.

5.   According to the court records, the court has, in fact, received back the return receipt from Puerto Vallarta.  A copy of the return receipt on file with the court is attached hereto, marked Exhibit "B" and incorporated herein.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters I believe it to be true.

Executed on September 11, 2006 at San Francisco, California.

          */s/ David Replogle*
          _____
          DAVID REPLOGLE

DECLARATION OF DAVID REPLOGLE
MARTINEZ, ET AL. VS. WHITE, CASE NUMBER C–06-1595-CRB      -1-

# EXHIBIT A

```
 1  DAVID REPLOGLE, SBN 077875
    LAW OFFICES OF DAVID REPLOGLE
 2  A Professional Corporation
    550 Montgomery Street, Suite 550
 3  San Francisco, California 94111
    Telephone: (415) 362-4700
 4  Facsimile: (415) 781-6683
    E-mail: davidreplogle@aol.com
 5
    Attorneys for Plaintiffs
 6  Gabriel Hilario Alcaraz Martinez,
    Christian Fidal Arechiga Torres and
 7  Ramon Alejandro Hernandez Garcia
```

**FILED**

JUL 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

RTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, CHRISTIAN FIDAL ARECHIGA TORRES and RAMON ALEJANDRO HERNANDEZ GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS F. WHITE,<br><br>Defendant. | Case No. C-06-1595-CRB |

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

PURSUANT TO FRCP RULE 4(f)(2)(C)(ii)

I declare under penalty of perjury that the foregoing is true and correct:

1. I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; I am the civil docket clerk to the Honorable Charles R. Breyer, United States District Judge; my business address is 450 Golden Gate Avenue, San Francisco, California.

2. On July 24, 2006, I caused a copy of the Summons, Complaint and Order Setting Initial Case Management Conference and ADR Deadlines to be dispatched through the

1  United States Postal Service to Defendant Thomas F. White by placing a true copy thereof
2  enclosed in a sealed envelope with postage thereon fully prepaid, registered and requiring a
3  signed receipt addressed as follows:
4      THOMAS F. WHITE
    Centro Integral de Justicia Costa Norte
5      Km. 6.5 Ixtapa carretera a las Palmas
    Ixtapa, Jalisco
6      48280 MEXICO
7      I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing information contained in this Certificate of Service of Summons
9  and Complaint is true and correct.
10     Executed on July 24, 2006 at San Francisco, California.
11
12                                     MARIA LOO
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
MARTINEZ, ET AL. VS. WHITE, CASE NUMBER C-06-1595-CRB     -2-



# EXHIBIT B



| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) ☐ | Insured Value (Valeur déclarée) | | Article Number: RA 725962765 US C-06-1595-CRB | | | |
| Office of Mailing (Bureau de dépôt): SFCA 94102 | | | Date of Posting (Date de dépôt): 7-24-06 | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire):
THOMAS F. WHITE

Street and No. (Rue et No.): Centro Integral de Justicia Costa Norte
Km. 6.5 Ixtapa carretera a Las Palmas

Place and Country (Localité et pays):
IXTAPA, JALISCO     MEXICO  48280

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On September 11, 2006 I served the following:

**DECLARATION OF DAVID REPLOGLE IN OPPOSIOTN TO MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

| | |
|---|---|
| Geoffrey Rotwein | Attorneys for Defendant |
| 400 Montgomery St., Ste. 200 | Thomas F. White |
| San Francisco, CA 94104 | |
| E-mail: geoffrottwein@sbcglobal.net | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 11, 2006 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE