DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683
E-mail: davidreplogle@aol.com

Attorneys for Plaintiffs
Gabriel Hilario Alcaraz Martinez,
Christian Fidal Arechiga Torres and
Ramon Alejandro Hernandez Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, CHRISTIAN FIDAL ARECHIGA TORRES and RAMON ALEJANDRO HERNANDEZ GARCIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THOMAS F. WHITE,<br><br>    Defendant.<br>_____ | Case No. C-06-1595-CRB<br><br><br><br><br><br>Date: September 29, 2006<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor |

**DECLARATION OF MAURICIO RODRIGUEZ**

**BORREGO IN OPPOSITION TO MOTION TO**

**QUASH SERVICE OF SUMMONS AND COMPLAINT**

I, Mauricio Rodriguez Borrego, declare and state:

1. I am an attorney licensed to practice before all courts of the United States of Mexico; my national bar number is 2846132. I have been a practicing attorney for 15 years. My father also practiced law in Mexico City for over 50 years. I was formerly a municipal judge in the City of Puerto

1  Vallarta.   The following facts are known to me personally and if called as a
2  witness I could, and would, testify competently thereto.
3      2.   Mexican law does not prohibit the clerk of United States District
4  Court from serving a summons issued by the District Court by mailing a copy of
5  the summons addressed to a defendant in Mexico, requiring a signed receipt.
6  Under Mexican law there is no prohibition on serving an international summons
7  from the clerk of the court in the United States by mail.
8      3.   Defendant Thomas F. White currently is incarcerated at the state
9  prison in the town of Ixtapa near Puerto Vallarta.   I have personally seen White
10 in the room where prisoners are permitted to speak to visitors.   The address of the
11 prison where White is being held is:
12     Centro Integral de Justicia Costa Norte
       Km. 6.5 Ixtapa Carretera a Las Palmas
13     Ixtapa, Jalisco
       MEXICO 48280.
14
15     3.   Under the prison regulations at local prison in Ixtapa where
16 White is incarcerated, the head prison guard is the authorized agent to receive all
17 mail sent to all prisoners, including White.   By being incarcerated in the prison,
18 every prisoner, including White, is required to submit to the receipt of all mail by
19 the head prison guard as his agent as a matter of law.
20     I declare under penalty of perjury under the laws of the United States
21 of America and the United States of Mexico that the foregoing is true and correct,
22 except as to matters stated on information and belief, and as to those matters I
23 believe it to be true.
24     Executed on September 11, 2006 at Puerto Vallarta, Jalisco, Mexico.
25
26                 */s/ Mauricio Rodriguez Borrego*
                   _____
27                 MAURICIO RODRIGUEZ BORREGO
28

DECLARATION OF MAURICIO RODRIGUEZ BORREGO
MARTINEZ, ET AL. VS. WHITE, CASE NUMBER C–06-1595-CRB     -2-

| | |
|---|---|
| 1 | ATTESTATION |
| 2 | I, David Replogle, hereby attest that I have on file all holographic |
| 3 | signatures for any signatures indicated by a "conformed" signature (/s/) within |
| 4 | this e-filed document. |
| 5 | Dated:   September 11, 2006. |

/s/ *David Replogle*
_____
DAVID REPLOGLE

DECLARATION OF MAURICIO RODRIGUEZ BORREGO
MARTINEZ, ET AL. VS. WHITE, CASE NUMBER C-06-1595-CRB

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On September 11, 2006 I served the following:

**DECLARATION OF MAURICIO RODRIGUEZ BORREGO**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Locals Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders.

| | |
|---|---|
| Geoffrey Rotwein<br>400 Montgomery St., Ste. 200<br>San Francisco, CA 94104<br>E-mail: geoffrotwein@sbcglobal.net | Attorneys for Defendant<br>Thomas F. White |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 11, 2006 at San Francisco, California.

*/s/ David Replogle*
_____
DAVID REPLOGLE