1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10  GABRIEL HILARIO ALCARAZ          )    No. C-06-01595 CRB
    MARTINEZ, et al,                 )
11                                   )    **STIPULATION BY DEFENDANT**
              Plaintiffs,            )    **THOMAS FRANK WHITE**
12                                   )    **REGARDING COURT DISMISSAL**
        vs.                          )    **OF CASE PURSUANT TO *FORUM***
13                                   )    ***NON CONVENIENS***
    THOMAS F. WHITE,                 )
14                                   )
              Defendant.             )
15  _____ )

16

17        Defendant, Thomas Frank White, hereby stipulates, agrees, understands and declares

18  that the Court order dismissing this case based on *forum non conveniens* is premised on his

19  agreement to the following terms and conditions:

20        1. He will accept service of any summons and complaint filed against him in Mexico

21  by any of the plaintiffs herein for any of the same claims alleged in the Complaint filed herein

22  on February 23, 2006.

23        2. He will satisfy any judgment entered against him in Mexico pursuant to any lawsuit

24  filed against him there by any of the plaintiffs herein for any of the same claims alleged in the

25  Complaint filed herein on February 23, 2006.

26        3. For purposes of any limitations period under Mexican law applicable to any lawsuit

27  filed against him there by any of the plaintiffs herein for any of the same claims alleged in the

28  Complaint filed herein on February 23, 2006, the date of filing said lawsuit will be the date

1  the Complaint was filed herein.

2      I declare under penalty of perjury of the laws of the United States and the Republic of

3  Mexico that I am competent to testify to the foregoing, which is true and correct of my own

4  personal knowledge.

5      Executed in Puerto Vallarta, Mexico on November 24 2006

6

7  THOMAS F. WHITE
   Defendant

8

9

10

11

12                          IT IS SO ORDERED

13

14                          CHARLES R. BREYER
15                          UNITED STATES DISTRICT JUDGE

16                          June 12, 2007
                            DATE

17

18

19

20

21

22

23

24

25

26

27

28