# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HILARIO ALCARAZ MARTINEZ, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS F. WHITE,<br><br>Defendant. | No. C-06-01595 CRB<br><br>**JUDGMENT PURSUANT TO ORDER OF DISMISSAL**<br>**[Proposed]** |

The Court having granted Defendant's Motion to Dismiss on *forum non conveniens* grounds without prejudice on June 22, 2007, and the thirty day stay having expired,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Defendant and against Plaintiffs, dismissing this action without prejudice.

DATED: ___July 30___, 2007      _____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**JUDGMENT PURSUANT TO**
**ORDER OF DISMISSAL**
**No. C-06-01595 CRB**

# CERTIFICATE OF SERVICE

I, GEOFFREY ROTWEIN, declare under penalty of perjury that on the below-indicated date, I served the above document by causing an electronic delivery authorized under 28 U.S.C. § 1746, Local Rules and General Orders of this Court regarding Electronic Case Filing, and addressed as follows:

David Replogle, Esq.                    Email: davidreplogle@aol.com
Law Offices of David Replogle
550 Montgomery Street, Suite 550
San Francisco, CA 94111

I am not a party to this action, am over 18 years of age and am the attorney for defendant Thomas F. White herein.

Executed in San Francisco, California on July 29, 2007.

/s/ Geoffrey Rotwein
GEOFFREY ROTWEIN

JUDGMENT PURSUANT TO
ORDER OF DISMISSAL
No. C-06-01595 CRB